**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

3:26cr110-MCR

**AUBREY DARNELL JOSEPH, SR.**
______________________________/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

Between on or about January 1, 2024, and on or about April 16, 2026, in the Northern District of Florida, the defendant,

**AUBREY DARNELL JOSEPH, SR.,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

Returned in open court pursuant to Rule 6(f)

6/16/2026
Date

United States Magistrate Judge

FILED USDC FLND PN
JUN 16 '26 PM6:53

**COUNT TWO**

On or about April 16, 2026, in the Northern District of Florida, the defendant,

**AUBREY DARNELL JOSEPH, SR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

**CONTROLLED SUBSTANCE FORFEITURE**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violations alleged in Counts One and Two, punishable by imprisonment for more than one year, the defendant,

**AUBREY DARNELL JOSEPH, SR.,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of his interest in:

A. Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B. Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred or sold to, or deposited with, a third person;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

[redacted]

FOREPERSON

6/16/2026

DATE

JOHN P. HEEKIN
United States Attorney

JESSICA S. ETHERTON
Assistant United States Attorney

ALICIA H. FORBES
Assistant United States Attorney